192683
rung 3-3-11
KCH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: Window of the World, Inc. St. Paul

Chapter 7 Case No. 03-41958

Please Check One:

☐☒ **Unclaimed Dividends**

☐☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Alberto E. Quito | 35 | 750.00 | 77.37 |
|  |  |  |  |

Dated: February 28, 2011

_____
Timothy D. Moratzka, Trustee

RECEIVED 11 MAR -3 AM 9:36 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

1357297.1-TDM