193811

Jung
8-24-11
KLH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: _Window of the World, Inc. St. Paul_

Chapter 7 Case No. 03-41958

Please Check One:

☐☒ **Unclaimed Dividends**

☐☐ Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Blake R. Holmes | 27 | $376.00 | $21.47 |
| Mary Toohey | 32A | $1770.10 | $101.08 |
| Krista Johnson | 36 | $136.87 | $14.12 |
| Olger Peralta | 39 | $876.00 | $50.02 |
| Jill Long | 41 | $110.00 | $6.56 |
| Angela Eastfund | 44 | $163.00 | $16.82 |
| Susia Przybylski | 47 | $252.50 | $26.05 |
| Integra Telecom | 40 | $652.41 | $67.31 |
| TOTAL | | | $303.43 |

Checks were not negotiated and were not returned to the Trustee. Stop payments were issued on all checks.

Dated: August 3, 2011

_____
Timothy D. Moratzka, Trustee

RECEIVED 11 AUG 24 AM 9:29 U.S. BANKRUPTCY COURT MINNEAPOLIS, MN

1431116.1-LDJ